IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-02685-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: January 9, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

STEPHAN DARRIS,  *Pro Se (appearing by Telephone)*

    Plaintiff,

v.

MCCALL, *et al.*,  Scott James Bowman

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:    1:31 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION to Dismiss for Failure to State a Claim or, Alternatively, for Summary Judgment (Docket No. 20, filed on 12/3/2012) and the defendant's Partial MOTION to Dismiss for Lack of Jurisdiction (Docket No. 28, filed on 12/14/2012).

Discussion between the court and the plaintiff regarding the plaintiff's MOTION for Extension of Time to File Response/Reply as to #28 Partial MOTION to Dismiss for Lack of Jurisdiction , #21 MOTION to Stay Discovery and to Vacate Scheduling Conference, #20 MOTION to Dismiss for Failure to State a Claim or, Alternatively, for Summary Judgment (Docket No. 36, filed on 1/2/2013).

**ORDERED:**   The court **GRANTS** the plaintiff's MOTION for Extension of Time to File Response/Reply as to #28 Partial MOTION to Dismiss for Lack of Jurisdiction , #21 MOTION to Stay Discovery and to Vacate Scheduling Conference, #20 MOTION to Dismiss for Failure to State a Claim or, Alternatively, for Summary

        Judgment (Docket No. 36, filed on 1/2/2013).

**ORDERED:** The plaintiff shall respond to the defendant's MOTION to Dismiss for Failure to State a Claim or, Alternatively, for Summary Judgment (Docket No. 20, filed on 12/3/2012) and the defendant's Partial MOTION to Dismiss for Lack of Jurisdiction (Docket No. 28, filed on 12/14/2012) **on or before January 23, 2013**.

The court addresses the parties regarding the plaintiff's MOTION to Restrict Access (Docket No.17, filed on 11/23/2012). Discussion between the court and the plaintiff regarding this motion.

**ORDERED:** The court **DENIES AS MOOT** the plaintiff's MOTION to Restrict Access (Docket No.17, filed on 11/23/2012).

The court addresses the parties regarding the defendant's MOTION to Stay Discovery and to Vacate Scheduling Conference (Docket No. 21, filed on 12/3/2012). Discussion between the court and Mr. Bowman regarding this motion.

**ORDERED:** The court **DENIES without prejudice** the defendant's MOTION to Stay Discovery and to Vacate Scheduling Conference (Docket No. 21, filed on 12/3/2012).

**ORDERED:** A Preliminary Scheduling Conference is set for **January 30, 2013 at 10:00 a.m.** Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

Discussion between the court and the plaintiff regarding the court mailing out a copy of the docket sheet to the plaintiff. The court verifies that it has the correct contact information for the plaintiff. The plaintiff verifies that the contact information the court has is correct.

HEARING CONCLUDED.

**Court in recess:**     **2:04 p.m.**
Total time in court:    00:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.