**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02685-REB-CBS

STEPHAN DARRIS,

    Plaintiff,

v.

MCCALL, D/S,
SCHAEFER, D/S, and
STECKMAN, D/S,

    Defendants.

**FINAL JUDGMENT**

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#65] entered by Judge Robert E. Blackburn on July 8, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation on Defendants' Motion for Summary Judgment** [#60], filed May 24, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

    2. That defendants' **Motion To Dismiss or, Alternatively, for Summary Judgment** [#20], filed December 3, 2012, is **GRANTED** to the extent it seeks dismissal for failure to exhaust administrative remedies;

    3. That plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies;

4. That **JUDGMENT IS ENTERED** in favor of defendants, D/S McCall, D/S Schaefer (incorrectly identified in the caption as "D/S Schafer"), and D/S Steckman, against plaintiff, Stephan Darris, on all claims for relief and causes of action asserted in this action; and

5. That defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 9th day of July, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
      Edward P. Butler
      Deputy Clerk